

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-206-CV

HARRIS METHODIST SOUTHWEST HOSPITAL                    APPELLANT

V.

TIFFANY KNIGHT                                         APPELLEE

----------

### FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: WALKER, LIVINGSTON, AND GARDNER, JJ.

DELIVERED: January 19, 2010

---

[1] *See* Tex. R. App. P. 47.4.